IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:00-CR-00063 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| DON JUAN HARRIS | : | (Electronically Filed) |

## CERTIFICATE OF CONCURRENCE/ NON-CONCURRENCE

I, Thomas A. Thornton of the Federal Public Defender's Office, do hereby certify that the United States Attorneys Office neither concurs nor non-concurs to the filing of the foregoing Emergency Motion for Relief Under 18 U.S.C. § 3582 (c) (2).

Date: February 20, 2008        *s/ Thomas A. Thornton*
                               THOMAS A. THORNTON, ESQUIRE
                               Federal Public Defender
                               Attorney ID #PA44208
                               100 Chestnut Street, Suite 306
                               Harrisburg, PA 17101
                               Tel. No. (717) 782-2237
                               Fax No. (717) 782-3881
                               *<Thomas A. Thornton@fd.org>*
                               *Attorney for Don Juan Harris*