♠AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| DON JUAN HARRIS | ) Case No: 1:CR-00-063-04 |
| | ) USM No: 10039-067 |
| Date of Previous Judgment: 12/18/2000 | ) Thomas Thornton, Assistant Federal Public Defender |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  70  months **is reduced to**  time served  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:   31             Amended Offense Level:   29
Criminal History Category:  III          Criminal History Category:  III
Previous Guideline Range:  135  to  168  months      Amended Guideline Range:  108  to  135  months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
   ☐ The reduced sentence is within the amended guideline range.
   X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
   ☐ Other (explain):

FILED
HARRISBURG, PA

MAR 1 2 2008

MARY E. D'ANDREA, CLERK
Per _____
          Deputy Clerk

**III. ADDITIONAL COMMENTS**
The delay in the effective date of release is to enable the Bureau of Prisons to complete release planning, conduct any assessments and to collect DNA samples as mandated by law.

Except as provided above, all provisions of the judgment dated  12/18/2000  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  March 12, 2008

_____
Judge's signature

Effective Date: March 21, 2008                     Sylvia H. Rambo, United States District Judge
       (if different from order date)                              Printed name and title