IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 1:CR-00-063-04** |
| **v.** | |
| **DON HARRIS** | |

## ORDER APPOINTING COUNSEL

**IT IS HEREBY ORDERED THAT** the Federal Public Defender, 100 Chestnut Street, Harrisburg, PA 17101, telephone (717) 782-2237, is appointed to represent Defendant in the revocation matter filed in the captioned action.

                                                   s/Sylvia H. Rambo
                                                   SYLVIA H. RAMBO
                                                   United States District Judge

Dated: July 3, 2008.