IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:CR-00-063-04 |
| **v.** | : |
| **DON HARRIS** | : |

## O R D E R

**IT IS HEREBY ORDERED THAT** a hearing on the petition to revoke Defendant's term of supervised release will be held at **11:00 a.m. on Thursday, July 10, 2008**, in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

                                                  s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge

Dated: July 3, 2008.