IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:00-CR-63 |
| | ) | |
| v. | ) | (Judge Rambo) |
| | ) | |
| DON HARRIS | ) | |

MOTION FOR THE COURT TO ISSUE A WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE, THE JUDGES OF SAID COURT:

NOW COMES Martin C. Carlson, United States Attorney in and for the Middle District of Pennsylvania, and would respectfully show the court:

1. That there is now pending in this Court and undisposed of a certain criminal case charging the said **DON HARRIS** with violations of Title 18, United States Code, Section 3583.

2. That the said **DON HARRIS** is now in the custody of **York County Prison,** York, PA.

WHEREFORE, on behalf of the United States of America, the said Martin C. Carlson, United States Attorney, prays your Honorable Court to grant and issue a writ of habeas corpus ad prosequendum to have the said **DON HARRIS** brought before the United States District Court for the Middle District of Pennsylvania at the United States Courthouse, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania on July 10, 2008 at 10:00 a.m.

Respectfully submitted,

MARTIN C. CARLSON
UNITED STATES ATTORNEY

/s/   Eric Pfisterer
Eric Pfisterer
Assistant U.S. Attorney
228 Walnut Street, P.O. Box 11754
Harrisburg, PA 17108
717/221-4482 (Office)/717/221-4493(Fax)
Bar No. PA-38492