IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 1:00-CR-0063** |
| **v.** | : | **JUDGE SYLVIA H. RAMBO** |
| **DON HARRIS** | : | |

## **O R D E R**

**AND NOW**, this 9th day of July 2008, **IT IS HEREBY ORDERED THAT** the bail revocation hearing for Defendant, scheduled for July 10, 2008 at 11:00 a.m., is continued until further notice.

                                                   s/Sylvia H. Rambo
                                                   SYLVIA H. RAMBO
                                                   United States District Judge

Dated: July 9, 2008.